ARNOLD *v.* DOWD, WARDEN, ET AL.

[No. 28,016. Filed June 14, 1944.]

568

Walter Arnold, of Michigan City, *pro se.*

PER CURIAM.—This petition purports to be an appeal from an adverse judgment on a petition for a writ of *habeas corpus.* It appears on the face of the petition that there was no judgment.

The petition is dismissed.

NOTE.—Reported in 55 N. E. (2d) 315.